# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LOUIS WENDELL AND MELVIN WENDELL, | § § § | |
| Plaintiff, | § | Civil Action No. |
| | § | |
| v. | § | |
| | § | |
| MORTGAGE ASSETS MANAGEMENT, LLC C/O PHH MORTGAGE CORPORATION, | § § § § | |
| Defendant. | § § | |

## DECLARATION OF NICHOLAS M. FRAME

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following statements are true and correct:

1. My name is Nicholas M. Frame I am over the age of 21 years and am fully competent to make this Declaration. All statements of fact made herein are true, correct, and within my personal knowledge.

2. I am an attorney for Mackie Wolf Zientz & Mann, P.C., attorneys for Mortgage Asset Management, LLC c/o PHH Mortgage Corporation ("Defendant").

3. I certify that on June 15, 2022, my firm searched for the Bexar County Appraisal District's valuation of 4718 Lyceum Drive, San Antonio, Texas 78229. We found the appraisal record for the Property. A true and correct copy of the appraisal record is attached hereto as Exhibit C-1.

4. I certify the following documents attached hereto are true and correct copies of the originals, which I obtained from the Appraisal District website for Bexar County. This document is identified as an exhibit to this Declaration as indicated below:

      C-1    Data Sheet from the Bexar County, Texas Central Appraisal District web-site on June 15, 2022.

This document is incorporated by reference for all purposes.

      FURTHER DECLARANT SAYETH NOT."

      SIGNED AND DECLARED on June 16, 2022.

_____
**NICHOLAS M. FRAME**

# EXHIBIT C-1

# Bexar CAD

## Property Search Results > 512493 ZULUAGA LUZ E for Year 2022

Tax Year: 2022

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | ▮▮▮▮▮▮ | Legal Description: | NCB 12790 BLK 1O LOT 27 GLENOAKS PARKS SUBD UNIT 2 |
| Geographic ID: | 12790-010-0270 | Zoning: | R-5 |
| Type: | Real | Agent Code: | |
| Property Use Code: | 001 | | |
| Property Use Description: | Single Family | | |

### Protest

Protest Status:
Informal Date:
Formal Date:

### Location

| | | | |
|---|---|---|---|
| Address: | 4718 LYCEUM DR SAN ANTONIO, TX 78229 | Mapsco: | 580F3 |
| Neighborhood: | GLENOAKS PARK | Map ID: | |
| Neighborhood CD: | 99041 | E-File Eligible | |

### Owner

| | | | |
|---|---|---|---|
| Name: | ZULUAGA LUZ E | Owner ID: | ▮▮▮▮▮▮ |
| Mailing Address: | 1708 WINDING VW SAN ANTONIO, TX 78260 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

## Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | $173,070 | | |
| (+) Improvement Non-Homesite Value: | + | $0 | | |
| (+) Land Homesite Value: | + | $56,440 | | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | $0 | | $0 |
| (+) Timber Market Valuation: | + | $0 | | $0 |
| | | ------------------------ | | |
| (=) Market Value: | = | $229,510 | | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | | |
| | | ------------------------ | | |
| (=) Appraised Value: | = | $229,510 | | |
| (–) HS Cap: | – | $0 | | |
| | | ------------------------ | | |
| (=) Assessed Value: | = | $229,510 | | |

## Taxing Jurisdiction

Owner: ZULUAGA LUZ E
% Ownership: 100.0000000000%
Total Value: $229,510

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| 06 | BEXAR CO RD & FLOOD | 0.023668 | $229,510 | $229,510 | $54.32 |
| 08 | SA RIVER AUTH | 0.018580 | $229,510 | $229,510 | $42.64 |
| 09 | ALAMO COM COLLEGE | 0.149150 | $229,510 | $229,510 | $342.31 |
| 10 | UNIV HEALTH SYSTEM | 0.276235 | $229,510 | $229,510 | $633.99 |
| 11 | BEXAR COUNTY | 0.276331 | $229,510 | $229,510 | $634.21 |
| 21 | CITY OF SAN ANTONIO | 0.558270 | $229,510 | $229,510 | $1,281.28 |
| 56 | NORTHSIDE ISD | 1.261300 | $229,510 | $229,510 | $2,894.81 |
| CAD | BEXAR APPRAISAL DISTRICT | 0.000000 | $229,510 | $229,510 | $0.00 |
| | Total Tax Rate: | 2.563534 | | | |
| | | | | Taxes w/Current Exemptions: | $5,883.56 |
| | | | | Taxes w/o Exemptions: | $5,883.56 |

## Improvement / Building

**Improvement #1:** Residential  **State Code:** A1  **Living Area:** 1630.0 sqft  **Value:** $171,270

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| LA | Living Area | A - AB | | 1959 | 1630.0 |
| PA | Terrace (patio slab) | A - AB | | 1959 | 112.0 |
| UTL | Attached Utility | A - NO | | 1959 | 176.0 |
| AG | Attached Garage | A - AB | | 1959 | 220.0 |
| OP | Attached Open Porch | A - NO | | 1959 | 20.0 |

**Improvement #2:** Residential  **State Code:** A1  **Living Area:** sqft  **Value:** $900

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| RSH | Shed | A - NO | | 0 | 100.0 |

**Improvement #3:** Residential  **State Code:** A1  **Living Area:** sqft  **Value:** $900

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| RSH | Shed | A - NO | | 0 | 100.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | RES | R/1 Family not Farm Single | 0.1956 | 8520.00 | 71.00 | 120.00 | $56,440 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2022 | $173,070 | $56,440 | 0 | 229,510 | $0 | $229,510 |

| Year | | | | | | |
|---|---|---|---|---|---|---|
| 2021 | $139,530 | $46,890 | 0 | 186,420 | $0 | $186,420 |
| 2020 | $140,560 | $36,260 | 0 | 176,820 | $0 | $176,820 |
| 2019 | $148,040 | $23,930 | 0 | 171,970 | $0 | $171,970 |
| 2018 | $145,500 | $23,930 | 0 | 169,430 | $12,611 | $156,819 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/8/2022 | SWD | Special Warranty Deed | MENTOR CAPITAL LLC | ZULUAGA LUZ E | | | 20220033014 |
| 2 | 8/22/2021 | SWD | Special Warranty Deed | | MENTOR CAPITAL LLC | | | 20210311163 |
| 3 | 8/18/2021 | SWD | Special Warranty Deed | WENDELL JOSIE M | MENTOR CAPITAL LLC | | | 20210311162 |

2022 data current as of Jun 15 2022 1:17AM.

2021 and prior year data current as of Jun 3 2022 6:28AM

For property information, contact (210) 242-2432 or (210) 224-8511 or email.

For website information, contact (210) 242-2500.