**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LOUIS WENDELL, MELVIN WENDELL, | § § | |
| *Plaintiffs,* | § § | SA-22-CV-00628-XR |
| v. | § § § | |
| MORTGAGE ASSETS MANAGEMENT, LLC C/O PHH MORTGAGE CORPORATION, | § § § | |
| *Defendant.* | § | |

## <u>ORDER TO SHOW CAUSE</u>

On this date, the Court considered the status of this case. On June 6, 2022, Plaintiffs initiated this action by filing a petition in state court. ECF No. 1 ¶ 1. On June 16, 2022, Defendants removed the action to this court. ECF No. 1. In its notice of removal, Defendant stated it had "requested a copy of all the pleadings" from state court and would "supplement this Notice of Removal when received." *Id.* ¶ 14 n.2. To date, however, no supplement has been received. It is therefore unclear whether Defendant has answered or otherwise responded to Plaintiffs' petition.

Accordingly, Defendants are hereby **ORDERED** to file a certified copy of all state court pleadings, including any answer or response to Plaintiffs' petition, no later than **August 15, 2022**.

It is so **ORDERED**.

**SIGNED** this August 1, 2022.

 

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE